IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARCOS ALAQUINEZ,<br>　　　　Plaintiff,<br><br>V.<br><br>SOUTHWEST FIRETEK, INC.,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:14-CV-00690-SS |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND TO DISMISS, WITH PREJUDICE

TO THE HONORABLE SAM SPARKS, UNITED STATES DISTRICT JUDGE:

　　Now comes the Plaintiff, MARCOS ALAQUINEZ, and the Defendant, SOUTHWEST FIRETEK, INC., by and through their respective counsel of record herein, and jointly move this Honorable Court to approve the settlement agreement they have reached in this matter, as set forth in the Confidential Settlement Agreement and Release attached hereto, and to dismiss this civil action, with prejudice, in light of said settlement agreement.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Adam Poncio
　　　　　　　　　　　　　　　　　　　　　　　ADAM PONCIO
　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 16109800

　　　　　　　　　　　　　　　　　　　　　　　Poncio Law Offices, P.C.
　　　　　　　　　　　　　　　　　　　　　　　5410 Fredericksburg Rd., Suite 109
　　　　　　　　　　　　　　　　　　　　　　　San Antonio, Texas 78229-3550
　　　　　　　　　　　　　　　　　　　　　　　(210) 212-7979 (phone)
　　　　　　　　　　　　　　　　　　　　　　　(210) 212-5880 (fax)
　　　　　　　　　　　　　　　　　　　　　　　salaw@msn.com (email)

　　　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　　　　　　**MARCOS ALAQUINEZ**

/s/ Glen D. Mangum
GLEN D. MANGUM
Texas State Bar No. 12903700

924 Camaron
San Antonio, Texas 78212-5111
(210) 227-3666 (phone)
(210) 320-3445 (fax)
gmangum@sbcglobal.net (email)

**ATTORNEY FOR DEFENDANT
SOUTHWEST FIRETEK, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Adam Poncio
Poncio Law Offices
5410 Fredericksburg Rd., Suite 310
San Antonio, Texas 78229
(210) 212-7979 (phone)
(210) 212-5880 (fax)

/s/ Glen D. Mangum
GLEN D. MANGUM

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARCOS ALAQUINEZ,<br>         Plaintiff, | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. 1:14-CV-00690-SS |
| | § | |
| SOUTHWEST FIRETEK, INC.,<br>         Defendant. | §<br>§<br>§ | |

## ORDER

On this day came on for consideration the parties' Joint Motion to Dismiss, With Prejudice, and for Approval of Settlement Agreement, and having reviewed the Confidential Settlement Agreement and Release attached thereto, the Court finds that the settlement agreement is fair, equitable and in the interests of justice, and hereby approves the same.

It is therefore ORDERED that the parties' settlement agreement, as set forth in the Confidential Settlement Agreement and Release, is approved, and this case is hereby DISMISSED, WITH PREJUDICE.

SIGNED this ____ day of March, 2015.

_____
SAM SPARKS
United States District Judge